IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHARLES BOWMAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>DRUG ENFORCEMENT ADMINISTRATION, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-07-0906-DFL-CMK<br><br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff paid the full filing fee on May 14, 2007. Plaintiff also filed a request for service of this action by the United States Marshal (Doc. 4). Plaintiff is advised that service by the United States Marshal is only available to those litigants who have been granted in forma pauperis status. Because plaintiff has paid the fees and has not requested leave to proceed in forma pauperis, the court cannot grant the request. Plaintiff is responsible for service of process on all named defendants.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's request is denied.

DATED: June 4, 2007.

                                                                                 **CRAIG M. KELLISON**
                                                                                 UNITED STATES MAGISTRATE JUDGE