1  DENNIS HALSEY, ESQ. SBN 66091
   Law Offices of Dennis Halsey
2  9 Highland Circle
   Chico, CA 95926
3  (530) 345-1976

4  Attorney for defendants
   City of Willows and
5  Troy McIntyre

# United States District Court
## Eastern District of California, Sacramento

| | |
|---|---|
| LAWRENCE CHARLES BOWMAN, | Case No. 2:07-CV-00906-RRB-CMK |
| Plaintiff, | |
| vs. | STIPULATION FOR ORDER DISMISSING ACTION, AND ORDER DISMISSING ACTION |
| DRUG ENFORCEMENT ADMINIS-TRATION, ET AL., | |
| Defendants. | (FRCP Rule 41) |

Plaintiff Lawrence Charles Bowman, appearing in propria persona, and Dennis Halsey, Esq., appearing as attorney for defendants the City of Willows and Troy McIntyre, agree that the statute of limitations, including all applicable tolling provisions, for all claims plaintiff has asserted or could assert against defendants the City of Willows and Officer Troy McIntyre, has expired.

Plaintiff's action against these defendants is based on the provisions of 42 United States Code section 1983. It arises out of plaintiff's allegedly wrongful arrest by Officer Troy McIntyre

Stipulation for Order Dismissing Action and Order
-1-

on February 28, 2003. Plaintiff alleges that he is not the Lawrence Charles Bowman named in the arrest warrant by means of which he was arrested, and defendants agree.

All criminal charges which were brought against plaintiff as a result of the arrest referred to above were dismissed on September 30, 2003.

Plaintiff and defendants agree, for the purposes of this agreement only, that California's general personal injury two year statute of limitations, California Code of Civil Procedure section 335.1, and California's tolling provision, California Government Code section 945.3, which tolls the statute of limitations for an action against a peace officer or his employing public agency while criminal charges are pending, apply to this action. The parties agree that the last day plaintiff could have timely filed this action against these defendants was September 30, 2005.

Plaintiff and defendants' attorney agree that plaintiff's action against the City of Willows and Troy McIntyre should be dismissed, and that a judge of this court may make an order dismissing this action against these defendants only.

In consideration of plaintiff's agreement to dismiss this action, defendants agree to waive all costs and attorney's fees they have incurred as a result of defending this action.

Date: July 24, 2007                     /s/ Dennis Halsey

                                        Dennis Halsey, Esq.
                                        Attorney for defendants City of Willows
                                        And Troy McIntyre


Date: July 21, 2007                     /s/ Lawrence Charles Bowman

                                        Lawrence Charles Bowman, in propria persona

                                        (Plaintiff and Dennis Halsey have each signed this
                                        stipulation and the original is in Mr. Halsey's
                                        custody and Mr. Bowman has a copy of the signed
                                        stipulation)

Stipulation for Order Dismissing Action and Order
-2-

ORDER DISMISSING ACTION

Based on the agreement of the parties, as set out above, and good cause appearing for this order, I order that this action against defendants the City of Willows and Troy McIntyre only, be dismissed.

Date:   July 25, 2007              /s/ Ralph R. Beistline
                                                Judge Ralph R. Beistline