DENNIS HALSEY, ESQ. SBN 66091
Law Offices of Dennis Halsey
9 Highland Circle
Chico, CA 95926
(530) 345-1976

Attorney for defendants
City of Willows, Willows
Police Department, and
Troy McIntyre

**United States District Court**
**Eastern District of California, Sacramento**

| | |
|---|---|
| LAWRENCE CHARLES BOWMAN, | Case No. 2:07-CV-00906-RRB-CMK |
| Plaintiff, | |
| vs. | AMENDMENT TO STIPULATION FOR ORDER DISMISSING ACTION, AND ORDER DISMISSING ACTION |
| DRUG ENFORCEMENT ADMINIS-TRATION, ET AL., | |
| Defendants. | (FRCP Rule 41) |

   Plaintiff Lawrence Charles Bowman, appearing in propria persona, and Dennis Halsey, Esq., appearing as attorney for defendants the City of Willows, the Willows Police Department and Troy McIntyre, agree that the Stipulation for Order Dismissing Action should be amended to include the Willows Police Department.

   They also agree that the statement on page 2 at lines 1-2 should be changed to read: "Plaintiff alleges that the arrest warrant was erroneous in that it named "Lawrence Charles Bowman," but it should have read "Lawrence Carl Bowman."

Amendment to Stipulation for Order Dismissing Action and Order
-1-

In all other respects plaintiff and defendants adopt the statements and agreements contained in their previous stipulation

Date: August 1, 2007          /s/ Dennis Halsey

Dennis Halsey, Esq.
Attorney for defendants City of Willows, Willows Police Department, and Troy McIntyre

Date: August 1, 2007          /s/ Lawrence Charles Bowman

Lawrence Charles Bowman, in propria persona

(Plaintiff and Dennis Halsey have each signed this stipulation and the original is in Mr. Halsey's custody and Mr. Bowman has a copy of the signed stipulation)

## ORDER DISMISSING ACTION

Based on the agreement of the parties, as set out above, and good cause appearing for this order, I order that this action against defendant the Willows Police Department, along with the City of Willows and Troy McIntyre, be dismissed.

Date:  8/2/2007          /s/ Ralph R. Beistline

Judge Ralph R. Beistline