IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHARLES BOWMAN, | No. CIV S-07-0906-RRB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| DRUG ENFORCEMENT ADMINISTRATION, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The United States has made a special appearance and filed a notice informing the court that the United States and its employees have not been properly served in this action pursuant to Federal Rule of Civil Procedure 4(I)(1)(a).  However, plaintiff has filed with this court copies of the waivers of service signed by defendants Hodges and Griffith.  Pursuant to these waivers of service, defendants Hodges and Griffith agreed "to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4."  (See Waiver of Service of Summons, Doc. 22).

1         Pursuant to the waiver of service, an answer or motion under Rule 12 is to be filed
2 and served within 60 days of the date the waiver of service was sent.  Therefore, the Court will
3 disregard the defendants' Special Appearance Re: Failure to Serve Process.  An answer or
4 motion under Rule 12 is to be filed within 60 days of June 19, 2007.
5         IT IS SO ORDERED.

7 DATED:  August 23, 2007.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE