IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE CHARLES BOWMAN,         No. CIV S-07-0906-RRB-CMK

    Plaintiff,

  vs.                                              ORDER

DRUG ENFORCEMENT ADMINISTRATION, et al.,

    Defendants.

                            /

        Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for assistance with service of process (Doc. 27).  To the extent plaintiff is asking the court to effect service on the United States Attorney under Rule 4(i) of the Federal Rules of Civil Procedure, the court is unable to do so without the prepayment of fees and costs because plaintiff has not been granted leave to proceed in forma pauperis.  The court will, however, direct the Clerk of the Court to send plaintiff a copy of the summons issued May 14, 2007.

        IT IS SO ORDERED.

DATED:  August 29, 2007.

                                                               **CRAIG M. KELLISON**
                                                                UNITED STATES MAGISTRATE JUDGE