IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHARLES BOWMAN, | No. CIV S-07-0906-RRB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| DRUG ENFORCEMENT ADMINISTRATION, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' request for additional time to respond to the complaint. (Doc. 26). Defendants have indicated plaintiff was contacted regarding this extension of time, and plaintiff has no objections. Good cause appearing therefor, the request is hereby granted. Defendants' response to plaintiff's complaint is due on or before September 18, 2007.

IT IS SO ORDERED.

DATED: August 29, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1