IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHARLES BOWMAN, | No. CIV S-07-0906-RRB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| DRUG ENFORCEMENT ADMINISTRATION, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before this court is defendants' motion to dismiss (Doc. 37) currently set for hearing on December 18, 2007 at 10:00 a.m. before the undersigned.  Also on calendar, pursuant to the scheduling order (Doc. 3), is a Status (Pretrial Scheduling) Conference set for November 13, 2007 at 10:00 a.m.

      As the motion to dismiss may be dispositive of this matter, the undersigned finds it appropriate to vacate the scheduling conference pending resolution of the motion to dismiss.  If the motion to dismiss is not dispositive of this case, the scheduling order will be reset, and the parties will be required to submit status reports.

/ / /

In addition, defendants have filed a Notice of Substitution of United State of America in Place of Defendants Special Agent Tyson Hodges and Task Force Officer Doug L. Griffith.  Pursuant to 28 U.S.C. §2679, the United States of America is substituted by operation of law in place of the individual defendants.  The Clerk of the Court will be directed to update the docket accordingly.

Accordingly, IT IS HEREBY ORDERED that:

1. The Scheduling Conference set for November 13, 2007 is hereby vacated, to be reset if necessary; and

2. The Clerk of the Court is directed to update the docket to reflect the substitution of the United States of America in place of the individual defendants Hodges and Griffith.

DATED:  November 2, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE