1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LAWRENCE CHARLES BOWMAN,          No. CIV S-07-0906-RRB-CMK

12            Plaintiff,

13        vs.                                ORDER

14   DRUG ENFORCEMENT
     ADMINISTRATION, et al.,

15

16            Defendants.
     _____/

17            Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. §

18   1983.  Pending before this court is plaintiff's request for an extension of time to file his

19   opposition to the pending motion to dismiss, and for the hearing on the motion to dismiss to be

20   rescheduled.  (Doc. 40).

21            The hearing on the pending motion to dismiss is currently on calendar before the

22   undersigned on December 18, 2007 at 10:00 a.m.  Plaintiff is requesting the court reschedule this

23   hearing to January 29, 2008 at 10:00 a.m.  Plaintiff has indicated in his request that he contacted

24   counsel for the defendant and counsel had no objection to the extension.  The extension is needed

25   to allow plaintiff time to respond due to activity in another case in Michigan.

26   / / /

1

1        Good cause appearing, plaintiff's request will be granted.  The court may, upon

2   receipt of the opposition, take this matter off calendar, pursuant to Local Rule 78-230(h), if the

3   court finds that this matter is appropriate for submission on the papers without oral argument.

4        Accordingly, IT IS HEREBY ORDERED that:

5        1.      Plaintiff's request for an extension of time (Doc. 40) is granted;

6        2.      The motion to dismiss on calendar for December 18, 2007 is rescheduled

7   to January 29, 2008, at 10:00 a.m., before the undersigned at the United States District Court in

8   Redding, California;

9        3.      Plaintiff's opposition is to be filed no later than January 15, 2008; and

10       4.      Defendant's reply, if any, is to be filed no later than January 22, 2008.

11

12   DATED:  November 16, 2007

13   _____
     **CRAIG M. KELLISON**
14   UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26