IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE CHARLES BOWMAN,           No. CIV S-07-0906-RRB-CMK

       Plaintiff,

  vs.                                 ORDER

DRUG ENFORCEMENT
ADMINISTRATION, et al.,

       Defendants.

       Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before this court is plaintiff's second request for the hearing on the motion to dismiss to be rescheduled. (Doc. 42).

       The hearing on the pending motion to dismiss is currently on calendar before the undersigned on January 29, 2008 at 10:00 a.m. Plaintiff is requesting the court reschedule this hearing to February 13, 2008 at 10:00 a.m. Plaintiff has indicated in his request that he contacted counsel for the defendant and counsel had no objection to the extension. The extension is needed to allow plaintiff time to take care of his ill mother.

       Good cause appearing, plaintiff's request will be granted. The court may take this matter off calendar, pursuant to Local Rule 78-230(h), if the court finds that this matter is

1

appropriate for submission on the papers without oral argument.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's request to reschedule the hearing on the motion to dismiss (Doc. 42) is granted; and

        2.    The motion to dismiss on calendar for January 29, 2008 is rescheduled to February 13, 2008, at 10:00 a.m., before the undersigned at the United States District Court in Redding, California.

DATED: January 7, 2008

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE