IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHARLES BOWMAN, | No. CIV S-07-0906-RRB-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| DRUG ENFORCEMENT ADMINISTRATION, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before this court is plaintiff's third request for the hearing on the motion to dismiss to be rescheduled. (Doc. 45).

The hearing on the pending motion to dismiss is currently on calendar before the undersigned on February 13, 2008 at 10:00 a.m. Plaintiff is requesting the court reschedule this hearing to May 14, 2008 at 10:00 a.m. Plaintiff has indicated in his request that he contacted counsel for the defendant and counsel had no objection to the extension. The extension is needed to allow plaintiff time to deal with his health problems.

Good cause appearing, plaintiff's request will be granted. The court may take this matter off calendar, pursuant to Local Rule 78-230(h), if the court finds that this matter is

appropriate for submission on the papers without oral argument.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to reschedule the hearing on the motion to dismiss (Doc. 45) is granted;

2. The motion to dismiss on calendar for February 13, 2008 is rescheduled to May 14, 2008, at 10:00 a.m., before the undersigned at the United States District Court in Redding, California;

3. Plaintiff's opposition to the motion to dismiss is due on or before April 30, 2008; and

4. Defendant's reply, if any, is due on or before May 7, 2008.

DATED: January 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE