McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2702

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHARLES BOWMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | No. 2:07-CV-00906-RRB-CMK<br><br>STIPULATION FOR DISMISSAL,<br>ORDER OF DISMISSAL |

Pursuant to the terms of the written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41 (a)(1), the parties hereby stipulate that the amended complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

Dated: February 27, 2008         McGREGOR W. SCOTT
                                 United States Attorney

                            By:  /s/ E. Robert Wright
                                 E. ROBERT WRIGHT
                                 Assistant United States Attorney

Dated: February 22, 2008         /s/ Lawrence Charles Bowman
                                 LAWRENCE CHARLES BOWMAN
                                 Plaintiff, Pro se

1

1
2    ORDER OF DISMISSAL

3    Pursuant to the provisions of the Fed. R. Civ. P. (a)(1), this action is dismissed with
4    prejudice.
5
6    Dated:   February 27, 2008
7
                                           /s/ Ralph R. Beistline
8    _____       HON.  RALPH R. BEISTLINE
                                           UNITED STATES DISTRICT COURT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on February 27, 2008  she served a copy of:

**STIPULATION FOR DISMISSAL,**
**ORDER OF DISMISSAL**

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

Addressee(s):

Lawrence Charles Bowman
260 S. Crawford Ave.
Willows, Ca.   95988

/s/ Karen James
Karen James
Legal Assistant